AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| BRIAN PETEREIT, <br><br> *Plaintiff(s)* <br> v. <br> KINGS POINT AUTO LLC, <br><br> *Defendant(s)* | Civil Action No. 25 Civ. 3780 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        Kings Point Auto LLC,
        744 Middle Neck Road,
        Great Neck, New York 11024,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David Kasell, Esq.
    Kasell Law Firm
    1038 Jackson Ave., Suite 4
    Long Island City, NY 11101
    (718) 404-6668
    dkasell@kaselllawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                             BRENNA B. MAHONEY
                                                                              *CLERK OF COURT*

Date: _____                                                    _____
                                                                                     *Signature of Clerk or Deputy Clerk*